# Order

**Supreme Court
Lansing, Michigan**

September 28, 2005

127859

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEMAR LEWIS GARVIN,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127859
COA: 248954
Oakland CC: 1999-166168-FC

On order of the Court, the application for leave to appeal the December 14, 2004 judgment of the Court of Appeals is considered and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

_____
Clerk

s0919